

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00153-CV

**IN RE** Daniel **ALDERETE, JR.**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
Beth Watkins, Justice
Lori I. Valenzuela, Justice

Delivered and Filed: August 14, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On February 26, 2024, relator filed a petition for a writ of mandamus. This court has determined the relator is not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2016-CI-05227, styled *Analisa M. Alderete v. Daniel Alderete, Jr.*, in the 37th Judicial District Court, Bexar County, Texas, the Honorable Nadine Melissa Nieto presiding.